9330036.003

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

ECONOCARIBE CONSOLIDATORS, INC.,
Plaintiff,

vs.                                         CASE NO.:

AIR SEA INTERNATIONAL FORWARDING, INC.,
Defendant.
_____/

## CIVIL COMPLAINT IN ADMIRALTY

1. Plaintiff, ECONOCARIBE CONSOLIDATORS, INC., (hereinafter "ECONOCARIBE") by and through its undersigned counsel files herewith this Complaint against defendant, AIR SEA INTERNATIONAL FORWARDING, INC. (hereinafter "AIR SEA"), and for a cause of action in personam respectfully states as follows:

### JURISDICTION

2. This Court has original jurisdiction pursuant to 28 U.S.C. Section 1333(1). ECONOCARIBE is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

3. Venue in this case is proper. The contracts which are the subject of this action were breached by the AIR SEA within the territorial limits of the United States District Court for the

Southern District of Florida, namely Miami, Florida. In addition, AIR SEA maintains a place of business within the territorial limits of the United States District Court for the Southern District of Florida, namely Medley, Florida.

## THE PARTIES

4. Plaintiff, ECONOCARIBE CONSOLIDATORS, INC., is a non-vessel operating common carrier engaged in international cargo transportation and logistics services with a place of business in Miami, Florida.

5. Upon information and belief, AIR SEA is a corporation and is a non-vessel operating common carrier and freight forwarder engaged in international cargo transportation and logistics services.

## GENERAL ALLEGATIONS

6. Between October, 2015 and February, 2016 defendant into contracts of affreightment with ECONOCARIBE that called for the transportation of the defendant's cargo and the cargo of defendant's customers via ocean vessels from the mainland United States to foreign ports. The ocean freight and related charges owed to plaintiff as compensation for the shipments is set forth in the freight invoices attached as Exhibit 1, pages 1-4.

7. To date, AIR SEA has failed and refused to remit $8,751.29 in ocean freight and related charges owed to and duly demanded by ECONOCARIBE.

## COUNT I – BREACH OF CONTRACT

8. ECONOCARIBE realleges and reavers the allegations contained in paragraphs 1 through 7 as if fully set forth herein.

9. Valid contracts were formed when the plaintiff, a non-vessel operating common carrier, agreed to provide ocean transportation and logistics services from the mainland United States to foreign ports for defendant in exchange for monetary compensation.

10. In the contracts defendant agreed that full freight shall be considered completely earned on receipt of the goods by plaintiff and shall be paid and nonrefundable in any event. In addition, defendant agreed that all freight shall be paid to plaintiff without any set-off, counter-claim or deduction whatsoever. Finally, defendant agreed that it shall be liable to plaintiff for payment of simple interest at the rate of 12% per annum on any overdue amount from the date when the payment is due until payment in full, as well as reasonable attorney fees and expenses incurred in collecting any sums due to plaintiff.

11. ECONOCARIBE performed its contractual obligation, as well as all conditions precedent to bringing this suit.

12. AIR SEA committed a material breach of the contracts by not compensating ECONOCARIBE for the transportation and logistics services provided.

13. ECONOCARIBE has suffered economic damages in the amount of $8,751.29.

WHEREFORE, ECONOCARIBE CONSOLIDATORS, INC. respectfully requests for this Honorable Court to enter judgment against AIR SEA INTERNATIONAL FORWARDING, INC., for damages in the amount of $8,751.29, plus contractual interest, costs, attorney's fees and any other and further relief as may be just and proper.

Dated: Key Biscayne, Florida
February 23, 2017

                                                  **THOMAS V. HALLEY, P.A.**

/s/ Thomas V. Halley
_____
Thomas V. Halley
Florida Bar No. 694363
*Counsel for Plaintiff*
251 Galen Dr., #302E
Key Biscayne, Florida 33149
Telephone: 305-469-0507
E-mail: thalley@shiplaw.net