9330036.007

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

ECONOCARIBE CONSOLIDATORS, INC.,
Plaintiff,

vs.                                                           CASE NO.:  17-cv-20712-
                                                              MOORE/McAliley

AIR SEA INTERNATIONAL FORWARDING, INC.,
Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, ECONOCARIBE CONSOLIDATORS, INC., by and through its undersigned

counsel, hereby file this Notice of Voluntary Dismissal Without Prejudice, pursuant to Rule

41(a)(1)(A)(i), Federal Rules of Civil Procedure, as to defendant AIR SEA INTERNATIONAL

FORWARDING, INC., the sole defendant not having answered or responded to the Complaint filed

herein.

Dated:  Key Biscayne, Florida
        April 27, 2017

**THOMAS V. HALLEY, P.A.**

/s/ Thomas V. Halley

_____

Thomas V. Halley
Florida Bar No. 694363
*Counsel for Plaintiff*
251 Galen Dr., #302E
Key Biscayne, Florida 33149
Telephone: 305-469-0507
E-mail:  thalley@shiplaw.net